64 A.3d 626

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Rodney GREENE, Petitioner.**

Supreme Court of Pennsylvania.

March 26, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of March, 2013, the Petition for Allowance of Appeal and Application for Leave to Amend the Petition for Allowance of Appeal are **DENIED.**